BRIAN GRAYSON v. NATIONAL IDENTIFICATION
COMPANY, INC.

March 22, 1982.

Petition for certification denied.

H J G CORPORATION v. DIRECTOR, DIVISION OF TAXATION.

March 22, 1982.

Petition for certification denied.

ASAR M. STEPAK v. RUTGERS MEDICAL SCHOOL.

March 22, 1982.

Petition for certification denied.

STEVEN D. STANHOPE v. OHIO CASUALTY
INSURANCE COMPANY.

March 22, 1982.

Petition for certification denied.